UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KINISKY MESADIEU,

    Plaintiff,

v.

JOHN C. WATERS, VICTOR LAMAR
JOHNSON, FLORENCE LOUISSANT,
POLK COUNTY CLERK OF COURT, and
FLORIDA DEPARTMENT OF REVENUE
AGENT,

    Defendants.

Case No.: 8:25-cv-01654-JLB-TGW

_____/

## ORDER

Plaintiff Kinisky Mesadieu, appearing *pro se*, filed a Complaint seeking to challenge decisions made by Florida Circuit Judge Waters in Plaintiff's Polk County Family Court case. (*See generally* Doc. 1). Plaintiff filed a separate Emergency Motion for Temporary Restraining Order ("TRO") the same day, which was denied without prejudice for failure to comply with procedural rules. (*See* Docs. 3, 11). Plaintiff has since filed an Amended Motion for Temporary Restraining Order ("Amended TRO") that cured many of the initial TRO's procedural defects. (Doc. 12). Nevertheless, the Amended TRO must still be denied.

As mentioned in this Court's previous Order (Doc. 11), federal district courts cannot review state court final judgments. *See Casale v. Tillman*, 558 F.3d 1258, 1260 (11th Cir. 2009) (holding that federal district courts cannot review state court

1

final judgments because that task is reserved for state appellate courts). And Florida law gives Florida state courts *exclusive* jurisdiction over family law matters. *See* Fla. Stat. §§ 26.012(2)(a), 34.01. Finally, as a general matter, state judges have judicial immunity from suit. Nothing in the allegations suggests that Judge Waters has operated outside of his role as a state circuit judge. *See McCullough v. Finley*, 907 F.3d 1324, 1330 (11th Cir. 2018) (citing *Stump v. Sparkman*, 435 U.S. 349, 356–57 (1978) (A judge enjoys "absolute immunity from suit for judicial acts performed within the jurisdiction of his court.")).

Accordingly, Plaintiff's Amended TRO (Doc. 12) is **DENIED with prejudice**. The Court advises Plaintiff that his claims may be more appropriately addressed by filing an appropriate motion in his Polk County Family Court case and/or in the Florida appellate court charged with reviewing such claims for Polk County state trial court judges, Florida's Sixth District Court of Appeal.

**ORDERED** in Tampa, Florida on June 27, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE